FILED

MAY 25 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:22 CR 280 |
| | ) | Title 21, United States Code, |
| DERREAN WALL, | ) | Sections 841(a)(1), (b)(1)(A), |
| DAYAREON CROFTON, | ) | (b)(1)(B), (b)(1)(C), and 846; |
| FLOYD HEAD and | ) | |
| CORTEZ WEST, | ) | JUDGE LIOI |
| Defendants. | ) | MAG. JUDGE HENDERSON |

COUNT 1
(Conspiracy to Possess with Intent to Distribute a Controlled Substance,
in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A))

The Grand Jury charges:

1. Beginning at least as early as on or about January 13, 2022, continuing through on or about May 4, 2022, the exact dates unknown to the Grand Jury, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants DERREAN WALL, DAYAREON CROFTON, FLOYD HEAD, and CORTEZ WEST, and others known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree together and with each other, and with diverse others known and unknown to the Grand Jury, to possess with the intent to distribute over 400 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and (b)(1)(A).

COUNT 2
(Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

2. On or about May 4, 2022, in the Northern District of Ohio, Eastern Division, Defendant DERREAN WALL did knowingly and intentionally possess with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

COUNT 3
(Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

3. On or about May 4, 2022, in the Northern District of Ohio, Eastern Division, Defendant DERREAN WALL did knowingly and intentionally possess with the intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 4
(Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

4. On or about May 4, 2022, in the Northern District of Ohio, Eastern Division, Defendant DERREAN WALL did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II

controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## FORFEITURE

The Grand Jury further charges:

5. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegations of Counts 1 through 4 are incorporated herein by reference. As a result of the foregoing offenses, Defendants DERREAN WALL, DAYAREON CROFTON, FLOYD HEAD, and CORTEZ WEST shall forfeit to the United States any and all property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of such violations; any and all of their property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.